# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. __22-10196 and 22-10197__

__Estate of James P. Keeter, Deceased, et al__ vs. __Commissioner__

The Clerk will enter my appearance for these named parties: __Commissioner of Internal Revenue__

In this court these parties are:
- ☐ appellant(s)
- ☐ petitioner(s)
- ☐ intervenor(s)
- ☒ appellee(s)
- ☐ respondent(s)
- ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☐ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: __DC__   State Bar No.: __1024186__

Signature: __/s/ Lauren E. Hume__

Name (type or print): __Lauren E. Hume (co-counsel)__   Phone: __(202) 307-2279__

Firm/Govt. Office: __U.S. Dep't of Justice, Tax Division, Appellate Section__   E-mail: __lauren.e.hume@usdoj.gov__

Street Address: __Post Office Box 502__   Fax: __(202) 514-8456__

City: __Washington__   State: __D.C.__   Zip: __20044__

12/07